IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CAROLYN LEWIS, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 3:10-CV-2 (CDL) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | * |
| | * |
| Defendant. | * |

O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation of the Magistrate Judge filed March 7, 2013, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 22nd day of March, 2013.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE